No. 23-1918

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 4, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>MICHAEL ANGELO,<br><br>    Defendant-Appellant,<br><br>and<br><br>ORTHOPEDIC P.C., et al.,<br><br>    Defendants. | O R D E R |

Before: SUTTON, Chief Judge; CLAY and BLOOMEKATZ, Circuit Judges.

Defendant Michael Angelo appeals the district court's order awarding Plaintiff State Farm Mutual Automobile Insurance Company attorney's fees and costs under the provisions of a settlement agreement between the parties. Angelo moves to stay the district court's proceedings related to fees and costs pending his appeal, and State Farm opposes the motion. Because the district court has not yet determined the amount of fees and costs owed, however, we lack jurisdiction to consider this appeal.

In general, our jurisdiction is limited to reviewing final decisions of the district courts. 28 U.S.C. § 1291. A decision is deemed final for purposes of an appeal when it "ends litigation on the merits and leaves nothing to do but execute the judgment." *United States v. Martirossian*, 917

F.3d 883, 886 (6th Cir. 2019) (citing *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798 (1989)). Where, as here, the district court grants fees and costs but has not yet ordered payment of a sum certain, more remains to be done and, as a result, the fee order, by itself, is not a final appealable decision. *Morgan v. Union Metal Mfg.*, 757 F.2d 792, 795 (6th Cir. 1985) ("A rule that permits a party to delay an appeal of a finding of liability for attorneys' fees until the amount of fees is determined serves the purpose of avoiding piecemeal litigation."). Indeed, Angelo's request that we stay the district court action necessarily implies that there are further proceedings for us to stay. Accordingly, the motion for stay is **DENIED** and this matter is **DISMISSED** for lack of jurisdiction.

　　　　　　　　　　　　　　　ENTERED BY ORDER OF THE COURT

　　　　　　　　　　　　　　　*Kelly L. Stephens*
　　　　　　　　　　　　　　　Kelly L. Stephens, Clerk